■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR DANIELS, Appellant. [937 NYS2d 664]—

Counsel for appellant is referred to Rules of the Appellate Division, First Department (22 NYCRR) § 606.5. Concur—Gonzalez, P.J., Saxe, Moskowitz, Acosta and Freedman, JJ.